| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

HERMAN MILLER § 
and MABEL MILLER, §
§
     Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:06-CV-740
§
ALLSTATE TEXAS LLOYDS, §
§
     Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on November 30, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the joint motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The joint motion to dismiss is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 19th day of July, 2007.

                                          */s/ Marcia A. Crone*
                                          MARCIA A. CRONE
                                    UNITED STATES DISTRICT JUDGE